**2011–0258.   Buck v. Reminderville.**

Summit App. No. 25272, 2010-Ohio-6497. Discretionary appeal accepted; cause held for the decision in 2010–1561, *Sampson v. Cuyahoga Metro. Hous. Auth.*, Cuyahoga App. No. 93441, 188 Ohio App.3d

250, 2010-Ohio-3415; and briefing schedule stayed.

PFEIFER, J., dissents.